WINTERNITZ, Appellant, vs. SCHMIDT, Respondent.

*October 7—October 26, 1915.*

*Judgment on cognovit: Reopening case: Discretion: Appeal from civil court: Costs.*

1. It was an abuse of discretion to refuse to reopen a case in which judgment had been entered on cognovit and permit defense to be made, where the moving papers included an answer setting forth a complete defense and showed that the judgment was suffered through "mistake, inadvertence, surprise, or excusable neglect."
2. The hearing of an appeal to the circuit court from the civil court of Milwaukee county is brought on by motion, and motion costs not exceeding $10 may be allowed thereon.
3. Under sec. 3069, Stats. 1913, as amended by sec. 9, ch. 219, Laws 1915, an order of the circuit court simply reversing an order of the civil court is not appealable.

APPEAL from an order of the circuit court for Milwaukee county: OSCAR M. FRITZ, Circuit Judge. *Affirmed.*

Judgment on cognovit having been entered in the civil court of Milwaukee county in this action, that court denied defendant's motion to vacate the judgment and allow a defense to be interposed. On appeal to the circuit court this order was reversed with $10 costs, and the civil court was ordered to allow the proposed defense to be made on certain terms. From this latter order the plaintiff appeals.

For the appellant the cause was submitted on the brief of *Michael Levin.*

*F. H. Gugel,* for the respondent.

WINSLOW, C. J. The order of the circuit court must be affirmed. The moving papers in the civil court included an answer setting forth a complete defense and affidavits showing that the judgment had been suffered through "mistake, inadvertence, surprise, or excusable neglect." Under these circumstances it is an abuse of discretion to refuse to reopen

the case and allow the defense to be made. Sec. 2832, Stats.; *Bloor v. Smith,* 112 Wis. 340, 87 N. W. 870.

The court was entirely justified in imposing motion costs. Such costs, not exceeding $10, may be allowed on any motion. Sec. 2924, Stats. The hearing of an appeal from the civil court to the circuit court is brought on by motion. Sub. 4, sec. 28, ch. 549, Laws 1909.

Under the present statute regulating appeals to this court the order of the circuit court before us would not be appealable because it simply reverses an order of the civil court. Sec. 3069, Stats., as amended by sec. 9, ch. 219, Laws 1915.

*By the Court.*—Order affirmed.